

# Missouri Court of Appeals
## Southern District

**JUNE 10, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1. SD33551    McGinnis Wood Products, Inc., Appellant
vs.
Kevin Griffin and Division of Employment Security, Respondents

2. SD33601    Mark E. Womack, Jr., Movant-Appellant
vs.
State of Missouri, Respondent-Respondent

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

1. SD33575    State of Missouri, Plaintiff-Respondent
vs.
Mathew V. Akin, Defendant-Appellant